# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 16, 2025

*Before*

> MICHAEL B. BRENNAN, *Chief Judge*
> CANDACE JACKSON-AKIWUMI, *Circuit Judge*
> DORIS L. PRYOR, *Circuit Judge*

| Nos. 24-1119 & 24-2378 | EDDIE L. RICHARDSON, also known as HOTWIRE THE PRODUCER,<br>    Plaintiff – Appellant/Cross – Appellee<br>v.<br>KARIM KHARBOUCH, also known as FRENCH MONTANA,<br>    Defendant – Appellee/Cross – Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02321<br>Northern District of Illinois, Eastern Division<br>District Judge Nancy L. Maldonado ||

In Richardson's appeal (24-1119), we **AFFIRM**, with costs, the district court's grant of summary judgment in favor of Kharbouch, including its manner of enforcing the local rules during the parties' litigation, and **DENY** Richardson's request for injunctive relief. In Kharbouch's cross-appeal (24-2378), we **AFFIRM**, with costs, the district court's denial of attorney's fees. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)